UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Calesha Harris

    Petitioner,

           v.

Warden, Dayton Correctional Institution,

    Respondent.

Case No. 1:23cv077

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 3, 2023. (Doc. 10). Proper notice was given to Petitioner (who proceeds *pro se*) under 28 U.S.C. 636(b)(1)(C) and Fed. R. Civ. P. 72(b), including notice that she may forfeit rights on appeal if she failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). No objections to the R&R (Doc. 10) were filed and the time to do so has passed.

The R&R (Doc. 10) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, this civil action is (for a second time) **DISMISSED** for want of prosecution.

**IT IS SO ORDERED.**

                                              /s/ *Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court